1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON AND WENDY ISEMAN, | No.: 2:13-cv-01160 RSL |
| Plaintiffs, | |
| v. | ORDER GRANTING MOTION BY PLAINTIFFS' COUNSEL FOR LEAVE TO WITHDRAW |
| CITY OF EVERETT, a municipality organized under the laws of the state of Washington, | |
| And | |
| GLENN MARTINSEN, in his capacity as an employee of the city of Everett and as an individual, | |
| And | |
| KIRK BROOKS, in his capacity as an employee of the city of Everett and as an individual, | |
| And | |
| KEVIN FAGERSTROM, in his | |

ORDER GRANTING MOTION BY
PLAINTIFFS' COUNSEL FOR
LEAVE TO WITHDRAW
- 1

**MUENSTER & KOENIG**
14940 SUNRISE DRIVE NE
BAINBRIDGE ISLAND, WASHINGTON 98110
(206) 467-7500
FAX: (206) 855-1027

capacity as an employee of the city of Everett and as an individual,

And

JOHN DOES 1-11, in their capacity as employees and/or agents of the city of Everett and as individuals,

                        Defendants.

---

      John R. Muenster and the law firm of Muenster and Koenig move this Honorable Court for leave to withdraw as counsel for the plaintiffs herein, pursuant to Local Civil Rule 83.2(b). The Court finds that the motion should be granted. Accordingly,

      IT IS HEREBY ORDERED that John R. Muenster and the law firm of Muenster and Koenig are hereby granted leave to withdraw as counsel for the plaintiffs in this matter, Jon and Wendy Iseman.

      Dated this 9th day of December, 2013.

                                          _/s/ Robert S. Lasnik_
                                          Robert S. Lasnik
                                          United States District Judge

Presented by:
MUENSTER AND KOENIG

By: S/ John R. Muenster
    Attorney at Law
    WSBA No. 6237

ORDER GRANTING MOTION BY PLAINTIFFS' COUNSEL FOR LEAVE TO WITHDRAW
- 2